No. 281, Misc. MEIKLE *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 282, Misc. MATHEWSON *v.* McGRATH, TRUSTEE. C. A. 3d Cir. Certiorari denied. 

No. 285, Misc. REED *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 289, Misc. JONES *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 291, Misc. TIDMORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 292, Misc. IN RE WELLMAN. Supreme Court of California. Certiorari denied.

No. 293, Misc. MOORE *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 295, Misc. SELPH *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 296, Misc. REAMS *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 297, Misc. POWERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States. 

